IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JASON MICHAEL NEWSOM,                    *

              Plaintiff,         *

v.                                                          Case No. 7:24-cv-70 (WLS-ALS)

                        *

IRWIN COUNTY DETENTION CENTER, et
al.,                                                        *

          Defendants.              *

_____

**J U D G M E N T**

      Pursuant to this Court's Order dated February 18, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 19th day of February, 2025.

                    David W. Bunt, Clerk


                    s/ Katie Logsdon, Deputy Clerk